**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022

# CSM Legal, P.C.
### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
ramsha@csm-legal.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

December 21, 2022

**VIA ECF**
Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    Cuaya et al v. Aunt Jake's et al
           Index. No.: 22-cv-09236-GHW

Your Honor:

    This office represents Plaintiff in the above referenced matter. This letter is written with Defendants' consent to respectfully request an extension of time to submit the settlement agreement and materials concerning the fairness of the settlement from January 9, 2023 to January 19, 2023. The reason for this request is because the undersigned counsel will be out of the office traveling overseas from December 21, 2022 and will return on January 9, 2023. The parties have already exchanged initial drafts of the settlement materials. This is the first such request.


    We thank the Court for the time and attention devoted to this matter.


                                Respectfully Submitted,

                                /s/ Ramsha Ansari
                                Ramsha Ansari, Esq.
                                CSM Legal, P.C.
                                60 East 42nd Street, Suite 4510
                                New York, NY 10165
                                Tel. No.: (212) 317-1200
                                *Attorneys for Plaintiff*

CC: All Counsel (VIA ECF)

Application granted. The deadline for the parties to respond to the Court's December 19, 2022 Order (Dkt. No. 19) is extended to January 19, 2023.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.
SO ORDERED.

Dated: December 21, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

*Certified as a minority-owned business in the State of New York*