**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARTIN CUAYA, individually and on behalf of
others similarly situated,

                        Plaintiffs,                    1:22-cv-9236 (KHP)

      -against-                                  **ORDER**

AUNT JAKE'S (D/B/A AUNT JAKE'S), et al.,

                       Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The parties have consented to my jurisdiction over this action. (ECF Nos. 25-26.)

      By **February 2, 2023**, the parties shall file on ECF the settlement agreement and joint motion setting forth why the settlement is fair and should be approved.

**SO ORDERED.**

DATED:     New York, NY
                January 23, 2023

                                                  *Katharine H. Parker*
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge